IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M Company, | NO. C 06-01225 JW |
|          Plaintiff,<br>v.<br>Rollit, LLC, et al.,<br>         Defendants. | **ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

On March 1, 2006, 3M Company filed an ex parte application for a temporary restraining order ("TRO"). Upon review of Plaintiff's motion, the Court sets a hearing on Plaintiff's request a TRO on **Tuesday, March 21, 2006 at 9 a.m.** in the Courtroom of Judge James Ware, Courtroom 8, Fourth Floor, 280 South First Street, San Jose, California.

Plaintiff will serve Defendants with a copy of this Order on or before Tuesday, March 7, 2006. Although not required, any written response by Defendants must be filed and served with the Court by 3:00 p.m. Friday, March 10, 2006..

Dated: March 3, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 David James Miclean miclean@fr.com

3

4 **Dated: March 3, 2006**                                **Richard W. Wieking, Clerk**

5                                                                              **By:  /s/ JW Chambers**
                                                                                       **Melissa Peralta**
6                                                                                      **Courtroom Deputy**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28