**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M Company, | NO. C 06-01225 JW |
| Plaintiff, | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| v. | |
| Rollit, LLC, et al., | |
| Defendants. | |

On July 12, 2006, counsel for the Defendant contacted the Court and represented that the parties are interested in having the matter referred to a magistrate judge for a settlement conference. The Court confirmed this interest with Plaintiff's counsel on July 14, 2006. Accordingly, the parties shall contact Magistrate Judge Seeborg's Chambers (Bernadette Kunkel at 408-535-5357) immediately upon this Order to arrange the appropriate schedule. Magistrate Judge Lloyd shall keep the case for discovery purposes.

Dated: July 18, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David James Miclean miclean@fr.com
Jody Carl Weiner jodycarlweiner@aol.com

**Dated: July 18, 2006**                                         **Richard W. Wieking, Clerk**

                                                                 **By:   /s/ JW Chambers**
                                                                            **Courtroom Deputy**