David J. Miclean (#115098)
(miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Ann N. Cathcart Chaplin, Of Counsel
Joel D. Leviton, Of Counsel
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Kevin H. Rhodes, Of Counsel
Michael L. Gannon, Of Counsel
3M Innovative Properties Company
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427
Telephone: (651) 733-1500
Facsimile: (651) 736-3833

Attorneys for Plaintiff
3M COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>    Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

Pursuant to Local Rule 6-2, Plaintiff 3M Company ("3M") and Defendants Maurice Kanbar, MK Enterprises Inc., Rollit, LLC, and Rex Products, Inc. ("Defendants") file this stipulation requesting an enlargement of the schedule in this case. In support of this stipulation, the parties submit the declaration of David J. Miclean, counsel for 3M, which sets forth the facts that necessitated the requested enlargement. The parties believe good cause for the enlargement exists for the following reasons.

On April 5, 2005, after entering a preliminary injunction against Defendants, the Court entered an expedited schedule based upon an agreement of the parties. [Docket No. 28.] Under the expedited schedule, discovery is set to close on October 15, 2006 and a preliminary pretrial conference is scheduled for October 30, 2006. *Id.* A trial date has not been set. *Id.*

On August 15, 2006, the parties participated in a settlement conference with Magistrate Judge Seeborg. Miclean Decl., ¶ 4. To minimize costs, the parties delayed a number of depositions and postponed other such discovery activities until after the settlement conference. The settlement conference did not result in the parties reaching a settlement. *Id.* As such, the parties now must reschedule the discovery activities that were postponed pending the outcome of the settlement conference.

To allow the parties adequate time to complete discovery and prepare for trial, the parties have stipulated and agreed to the following schedule:

| Case Management Conference | October 30, 2006 |
| --- | --- |
| Fact discovery closes | March 30, 2007 |
| Serve expert reports for issues on which party bears the burden | April 20, 2007 |
| Rebuttal expert reports | May 18, 2007 |
| Expert discovery closes | June 8, 2007 |
| Deadline for dispositive motion | June 22, 2007 |
| Pretrial conference | July 23, 2007 |
| Trial ready date | August 20, 2007 |

|     |     |
| --- | --- |
| 1   | There have been no prior modifications to the schedule set forth in the Court's April 5, |
| 2   | 2006 Order. *Id.*, ¶ 5. The requested time modification would re-set the entire schedule for this |
| 3   | case, and the parties would be prepared to try the case in August 2007. *Id.*, ¶ 6. |
| 4   | Based on the foregoing, the parties respectfully request that the Court grant the parties |
| 5   | stipulated request. |

Respectfully submitted,

Dated: September 19, 2006

FISH & RICHARDSON P.C.

By: _____
    David J. Miclean

Attorneys for Plaintiff
3M COMPANY


Dated: September 19, 2006

LAW OFFICES OF JODY C. WEINER & ASSOCIATES


By: _____
    Jody C. Weiner

Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____    _____
                             United States District Judge

60376650.doc

3                    STIPULATED REQUEST FOR ORDER CHANGING TIME
                                    Case No. C 06-01225 JW (HRL)

There have been no prior modifications to the schedule set forth in the Court's April 5, 2006 Order. *Id.*, ¶ 5. The requested time modification would re-set the entire schedule for this case, and the parties would be prepared to try the case in August 2007. *Id.*, ¶ 6.

Based on the foregoing, the parties respectfully request that the Court grant the parties stipulated request.

Respectfully submitted,

Dated: September ___, 2006

FISH & RICHARDSON P.C.

By: _____
     David J. Miclean

Attorneys for Plaintiff
3M COMPANY

Dated: September 14, 2006

LAW OFFICES OF JODY C. WEINER & ASSOCIATES

By: _____
     Jody C. Weiner

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/21/2006

_____
United States District Judge

3  STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. C 06-01225 JW (HRL)