**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M Company, | NO. C 06-01225 JW |
|     Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO AMEND ANSWER AND TO ADD COUNTERCLAIMS** |
|     v. | |
| Rollit, LLC et al., | |
|     Defendants. | |

On the Court's own motion, the hearing on Defendants' Motion to Amend Anwser and to Add Counterclaims presently set for December 4, 2006 is continued to **December 18, 2006 at 9 AM.** Plaintiff shall file its opposition, if any, by November 27, 2006.

Dated: November 14, 2006

                                        JAMES WARE
                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David James Miclean miclean@fr.com
Jody Carl Weiner jodycarlweiner@aol.com
Joel D. Leviton leviton@fr.com
Michelle L. Landry mlandry@kanbar.com

**Dated: November 14, 2006**              **Richard W. Wieking, Clerk**

                                             **By:   /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California