David J. Miclean (#115098)
(miclean@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
3M COMPANY

Kevin H. Rhodes (*pro hac vice*)
Michael L. Gannon (*pro hac vice*)
3M Innovative Properties Company
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427
Telephone: (651) 733-1500
Facsimile: (651) 736-3833

Attorneys for Plaintiff
3M COMPANY

Ann N. Cathcart Chaplin (*pro hac vice*)
Joel D. Leviton (*pro hac vice*)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
3M COMPANY

Michelle L. Landry (#190080)
2100 Jackson Street
San Francisco, California 94115
Telephone: (415) 931-9292
Facsimile: (415) 931-9911
mlandry@kanbar.com

Attorney for Defendants
ROLLIT, LLC, REX PRODUCTS INC.,
MK ENTERPRISES, INC., and
MAURICE KANBAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>　　　　　Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING REMEDIES** |

　　　　Plaintiff 3M Company (hereinafter referred to as "3M" or "Plaintiff") and defendants Maurice Kanbar, MK Enterprises, Inc. Rollit, Inc. and Rex Products Inc. (hereinafter referred to as "Defendants") hereby submit the following stipulation regarding the remedies sought by the parties in this action:

1. In light of the preliminary injunction issued in this case, 3M has dismissed all claims for monetary damages and legal remedies, and confirms its withdrawal of Plaintiff's jury demand. 3M only seeks equitable remedies including, but not limited to, a permanent injunction, destruction of infringing goods, attorney's fees and costs, and abandonment of Defendants' trademark applications.

2. Defendants confirm that no claim raised in their Amended Answer and Counterclaims includes a claim for monetary damages and legal remedies, and Defendants' counterclaims seek equitable relief only.

3. Since the parties only seek equitable remedies in this action, Defendants' seventh affirmative defense in the Amended Answer is moot, and such defense will be withdrawn from Defendants' Amended Answer. Defendants' demand for a jury trial within the Amended Answer and Counterclaims is also withdrawn.

Dated: February 15, 2007                FISH & RICHARDSON P.C.


                                        By: /s/ David J. Miclean
                                            David J. Miclean

                                        Attorneys for Plaintiff
                                        3M COMPANY

Dated: February 15, 2007                MK ENTERPRISES INC.


                                        By: /s/ Michelle L. Landry

                                        Attorneys for Defendants

                                        ROLLIT, LLC, REX PRODUCTS INC.,
                                        MK ENTERPRISES, INC., and
                                        MAURICE KANBAR

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michelle L. Landry.

Dated: February 15, 2007                FISH & RICHARDSON P.C.


By: /s/ David J. Miclean
    David J. Miclean

Attorneys for Plaintiff
3M COMPANY

| | |
|---|---|
| 1 | **ORDER** |
| 2  IT IS SO ORDERED. | |
| 4  Dated: February 16 2007 | _____ |
| 5 | Honorable James Ware |
|   | Judge Of The United States District Court |
| 6 | |
| 7  50400170.doc | |

1

2  IT IS SO ORDERED.

3

4  Dated:   February 16 2007

5

6

7  50400170.doc

**ORDER**

_____
Honorable James Ware
Judge Of The United States District Court