*E-filed 5/3/07*

| | |
|---|---|
| David J. Miclean (#115098)<br>(miclean@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>Kevin H. Rhodes (Pro Hac Vice)<br>Michael L. Gannon (Pro Hac Vice)<br>3M Innovative Properties Company<br>Office of Intellectual Property Counsel<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br>Telephone: (651) 733-1500<br>Facsimile: (651) 736-3833<br><br>Attorneys for Plaintiff<br>3M COMPANY | John C. Adkisson (Pro Hac Vice)<br>Ann N. Cathcart Chaplin (Pro Hac Vice)<br>Joel D. Leviton (Pro Hac Vice)<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>Michelle L. Landry (#190080)<br>2100 Jackson Street<br>San Francisco, California 94115<br>Telephone: (415) 931-9292<br>Facsimile: (415) 931-9911<br>mlandry@kanbar.com<br><br>Attorney for Defendants<br>ROLLIT, LLC, REX PRODUCTS INC.,<br>MK ENTERPRISES, INC., and<br>MAURICE KANBAR |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE KANBAR, MK ENTERPRISES<br>INC., ROLLIT, LLC, and REX PRODUCTS<br>INC.,<br><br>　　　　Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE DISCLOSURE OF CONFIDENTIAL SETTLEMENT AGREEMENTS** |

　　　　WHEREAS, Plaintiff 3M COMPANY (hereinafter "Plaintiff" or "3M") and certain third parties, including Print Inform GmbH & Co., Taiwan Hopax Chemicals Mfg., Co. Ltd., Beautone

1  Specialities Co. Ltd., and Janel have entered into confidential settlement agreements concerning
2  the use of the color yellow on sticky notes;
3    WHEREAS, by the terms of those agreements 3M is prohibited from disclosing those
4  agreements to any person absent a valid subpoena or court order;
5    WHEREAS, Defendants MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT,
6  LLC, and REX PRODUCTS INC., have served a Request For Production of Documents
7  demanding the production of those agreements;
8    NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by and between Plaintiff
9  and Defendants that Plaintiff will produce those agreements upon the Court's execution of this
10 Stipulation and Order. Those agreements will be produced under the "CONFIDENTIAL—
11 COUNSEL ONLY" designation under the terms of the Protective Order [Doc. No. 65], and access
12 to those agreements will be limited as set forth in the Protective Order.

13 **STIPULATED AND AGREED TO BY:**

14 DATED: May 2, 2007          FISH & RICHARDSON P.C.

16                              By: _____
17                                   JOEL LEVITON
                                     Attorneys for Plaintiff
18                                   3M COMPANY

1  DATED: May 2, 2007
2
3
4                                            By: _____
                                                  MICHELLE L. LANDRY
5                                                 Attorney for Defendants
                                                  MAURICE KANBAR, MK ENTERPRISES INC.,
6                                                 ROLLIT, LLC, and REX PRODUCTS INC.,

7       PURSUANT TO STIPULATION, IT IS SO ORDERED:

8
9       DATED: __May 3_____, 2007.
10
                                                  _____
11                                                United States Magistrate Judge

12
13
...
28