MICHELLE L. LANDRY (State Bar No. 190080)　　　　*E-filed 10/16/07*
E-mail:   mlandry@kanbar.com
M.K. ENTERPRISES, INC.
2100 Jackson Street
San Francisco, CA 94115
Telephone:   (415) 931-9292
Facsimile:    (415) 931-9911

Attorneys for Defendants
MAURICE KANBAR, MK ENTERPRISES, INC.,
ROLLIT, LLC, and REX PRODUCTS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MAURICE KANBAR, MK ENTERPRISES, INC., ROLLIT, LLC, and REX PRODUCTS, INC.,<br><br>　　　　Defendants. | CASE NO. C-06-01225 JW (HRL)<br><br>**E-FILE**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE DECLARATIONS**<br><br>Judge:　　Magistrate Judge Lloyd<br><br>Action Filed:　February 17, 2006<br>Trial Date:　　Not Yet Set |

Case No. C-06-01225 JW (HRL)
STIPULATION AND ORDER EXTENDING DEADLINE

1  WHEREAS, on October 10, 2007, this court entered an order requiring each Defendant to
2  file a declaration concerning its document production no later than October 17, 2007 (Docket
3  350);

4  WHEREAS, Maurice Kanbar and other employees with involvement in the document
5  searches are out of the country until October 20, 2007;

6  WHEREAS, counsel for Defendants indicated that Defendants were unable to prepare the
7  declarations in the time provided due to absence of these key individuals;

8  WHEREAS, Plaintiff 3M Company and Defendants, by and through their attorneys, agree
9  to a short extension to allow Defendants the time needed to complete the declarations;

10  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by and between Plaintiff
11  and Defendants that Defendants shall have until October 30, 2007 to file the required declarations.

12  **STIPULATED AND AGREED TO BY:**

13  DATED: October 16, 2007          FISH & RICHARDSON P.C.

           By: _____
               JOHN C. ADKISSON
               Attorneys for Plaintiff
               3M COMPANY

---

1                                                Case No. C-06-01225 JW (HRL)
STIPULATION AND ORDER EXTENDING DEADLINE

DATED: October 15, 2007

By: _____
MICHELLE L. LANDRY
Attorney for Defendants
MAURICE KANBAR, MK ENTERPRISES INC.,
ROLLIT, LLC, and REX PRODUCTS INC.,

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: __10/16__, 2007.

_____
United States Magistrate Judge
Howard R. Lloyd