*E-filed 10/18/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M COMPANY, | Case No. C06-01225 JW (HRL) |
| Plaintiff, | **SUPPLEMENTAL ORDER ON OCTOBER 10, 2007 DISCOVERY ORDER** |
| v. | |
| MAURICE KANBAR, MK ENTERPRISES, INC., ROLLIT, LLC, and REX PRODUCTS, INC. | Re: Docket No. 350 |
| Defendants. | |

In Plaintiff's motion to compel, it sought paper pricing information related to the production of Defendants' current product, Zip Notes.[1] Defendants refused to produce such information on the grounds of irrelevance. In ruling on this issue, the court ordered Defendants "to produce all responsive, non-privileged paper pricing information about Zip Notes." (Docket No. 350).

The parties now dispute the scope of the order on the motion as it pertains to paper pricing information. The court permitted supplemental briefing on this issue[2] and clarifies the October 10, 2007 discovery order as follows:

---

[1] Plaintiff's request for production stated, "All documents referring or relating to paper pricing for Defendant's sticky notes."

[2] Regrettably, neither party found itself able to comply with the court's direction that the letter briefs be limited to two pages.

1   Defendants shall produce within 7 days of the date of this order:

2   (A) any communications between themselves, as well as between any of them and actual

3   or potential paper suppliers which concern any of the following:

4       (1) the pricing of paper suitable for Zip Notes,

5       (2) the relationship between cost and color for Zip Notes paper;

6   (B) documents sufficient to show the colors and respective actual prices paid for Zip

7   Notes paper.

8   Such information shall be produced subject to the protective order already in place.

10   **IT IS SO ORDERED.**



12   Dated: 10/18/07                   HOWARD R. LLOYD
13                                             UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

John Cameron Adkisson jca@fr.com, mla@fr.com

Juanita R. Brooks brooks@fr.com, njohnson@fr.com

Ann N. Cathcart Chaplin cathcartchaplin@fr.com, lindstedt@fr.com

Robert Reeves Cross rcross@sideman.com, jcuago@sideman.com, ldinglasan@sideman.com, mthomas@sideman.com

Michael L. Gannon mgannon@mmm.com

Michelle Lee Landry mlandry@kanbar.com

Joel D. Leviton leviton@fr.com, lindner@fr.com

David James Miclean miclean@fr.com, arceo@fr.com

Kevin H. Rhodes krhodes@mmm.com

Constance Jiun-Yee Yu cyu@sideman.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated:  10/18/07          /s/  KRO
                          Chambers of Magistrate Judge Howard R. Lloyd

3