*  E-filed 11/5/07  *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>MAURICE KANBAR, MK ENTERPRISES, INC., ROLLIT, LLC, AND REX PRODUCTS, INC.,<br><br>        Defendants.<br>_____/ | Case No. CV 06-01225 JW (HRL)<br><br>**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD**<br><br>Re: Docket No. 250 |

Plaintiff filed an administrative motion to file certain documents under seal. The basis for the motion was Defendants' designation of those documents as confidential. Defendants are required under Civil Local Rule 79-5 to file with the court and serve a narrowly tailored declaration establishing that the designated information is sealable or to withdraw the designation of confidentiality. No such declaration was filed by Defendants.

The documents at issue here are:

- The unredacted version of 3M's Motion to Compel (Docket No. 253).
- Exhibits 1 and 14 to the Adkisson Declaration in Support of 3M's Motion to Compel (Docket No. 254).

//
//

1  Defendants are directed to submit by **November 9, 2007** either 1) the requisite
2  declarations showing why the documents (or portions thereof) should be filed under seal, or 2) a
3  statement of non-opposition to the documents being made part of the public record.
4  If court does not receive the necessary declaration on that date, these documents will be
5  made part of the public record.

**IT IS SO ORDERED.**

Dated:  11/5/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

John Cameron Adkisson jca@fr.com, mla@fr.com

Juanita R. Brooks brooks@fr.com, njohnson@fr.com

Ann N. Cathcart Chaplin cathcartchaplin@fr.com, lindstedt@fr.com

Robert Reeves Cross rcross@sideman.com, jcuago@sideman.com, ldinglasan@sideman.com, mthomas@sideman.com

Michael L. Gannon mgannon@mmm.com

Michelle Lee Landry mlandry@kanbar.com

Joel D. Leviton leviton@fr.com, lindner@fr.com

David James Miclean miclean@fr.com, arceo@fr.com

Kevin H. Rhodes krhodes@mmm.com

Constance Jiun-Yee Yu cyu@sideman.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  11/5/2007

                                                  /s/ KRO
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California