* E-filed 11/5/07 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>MAURICE KANBAR, MK ENTERPRISES, INC., ROLLIT, LLC, AND REX PRODUCTS, INC.,<br><br>        Defendants.<br>_____/ | Case No. CV 06-01225 JW (HRL)<br><br>**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD**<br><br>Re: Docket No. 304 |

    Civil Local Rule 79-5 states that "a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Rule 79-5 further states that "a stipulation, or a blanket protective order that allows a party to designate documents as sealable, will <u>not</u> suffice to allow the filing of documents under seal." (emphasis added)

    Plaintiff moved and the parties stipulated to having portions of Docket Number 300 (pages 1, 6, 7, and 9-16) and of Docket Number 301 (Exhibits 1, 9, 15, and 16) filed under seal. Plaintiff declared that those portions should be filed under seal because they were designated by Plaintiff as confidential. This is insufficient under Rule 79-5.

1   Plaintiff is directed to submit by **November 9, 2007** either 1) the requisite declarations
2   showing why the documents (or portions thereof) should be filed under seal, or 2) a statement of
3   non-opposition to the documents being made part of the public record.
4   If court does not receive the necessary declaration on that date, these documents will be
5   made part of the public record.

7   **IT IS SO ORDERED.**

Dated:  11/5/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  John Cameron Adkisson jca@fr.com, mla@fr.com

3  Juanita R. Brooks brooks@fr.com, njohnson@fr.com

4  Ann N. Cathcart Chaplin cathcartchaplin@fr.com, lindstedt@fr.com

5  Robert Reeves Cross rcross@sideman.com, jcuago@sideman.com,
6  ldinglasan@sideman.com, mthomas@sideman.com

7  Michael L. Gannon mgannon@mmm.com

8  Michelle Lee Landry mlandry@kanbar.com

9  Joel D. Leviton leviton@fr.com, lindner@fr.com

10  David James Miclean miclean@fr.com, arceo@fr.com

11  Kevin H. Rhodes krhodes@mmm.com

12  Constance Jiun-Yee Yu cyu@sideman.com

14  * Counsel are responsible for providing copies of this order to co-counsel.

15  Dated:  11/5/2007

16                                             /s/ KRO
                                  Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California