\* E-filed 11/5/07 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>MAURICE KANBAR, MK ENTERPRISES, INC., ROLLIT, LLC, AND REX PRODUCTS, INC.,<br><br>  Defendants.<br>_____/ | Case No. CV 06-01225 JW (HRL)<br><br>**ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE MADE PART OF THE PUBLIC RECORD**<br><br>Re: Docket No. 328 |

Civil Local Rule 79-5 states that "a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Rule 79-5 further states that "a stipulation, or a blanket protective order that allows a party to designate documents as sealable, will <u>not</u> suffice to allow the filing of documents under seal." (emphasis added)

The parties stipulated to having the following document filed under seal:

- Pages 2-4 and 7 of Plaintiff's Reply Memorandum in Support of its Motion to Compel (Docket No. 331).

Plaintiff noted in its motion that those portions should be filed under seal because they were designated by Defendants as confidential. This is insufficient under Rule 79-5.

Accordingly, Defendants are directed to submit by **November 9, 2007** either 1) the requisite declarations showing why the document (or portions thereof) should be filed under seal, or 2) a statement of non-opposition to the document being made part of the public record.

If court does not receive the necessary declaration on that date, the unredacted version of this document will be made part of the public record.

**IT IS SO ORDERED.**

Dated: 11/5/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

John Cameron Adkisson jca@fr.com, mla@fr.com

Juanita R. Brooks brooks@fr.com, njohnson@fr.com

Ann N. Cathcart Chaplin cathcartchaplin@fr.com, lindstedt@fr.com

Robert Reeves Cross rcross@sideman.com, jcuago@sideman.com, ldinglasan@sideman.com, mthomas@sideman.com

Michael L. Gannon mgannon@mmm.com

Michelle Lee Landry mlandry@kanbar.com

Joel D. Leviton leviton@fr.com, lindner@fr.com

David James Miclean miclean@fr.com, arceo@fr.com

Kevin H. Rhodes krhodes@mmm.com

Constance Jiun-Yee Yu cyu@sideman.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  11/5/2007

                                                /s/ KRO
                                 Chambers of Magistrate Judge Lloyd