* E-filed 11/5/07 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

3M COMPANY,

    Plaintiff,

v.

MAURICE KANBAR, MK ENTERPRISES, INC., ROLLIT, LLC, AND REX PRODUCTS, INC.,

    Defendants.

Case No. CV 06-01225 JW (HRL)

**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Re: Docket Nos. 259, 264

On August 15, 2007, Defendants filed an administrative motion to file certain documents under seal. The basis for the motion was Plaintiff's designation of those documents as confidential. As required under Civil Local Rule 79-5, Plaintiff then filed a declaration explaining why the designated documents should not be made part of the public record.

Having considered the motion and the Declaration of Michael L. Gannon in response, the following documents are ordered to be filed under seal:

- Exhibit A to the Declaration of Michelle L. Landry (Docket No. 258) in Support of Defendants' Motion to Compel Further Responses.

1     •     The unredacted version of (Docket No. 257) Defendants' Motion to Compel Further Responses.

Defendants shall **<u>RESUBMIT THESE DOCUMENTS UNDER SEAL</u>** pursuant to Civil Local Rule 79-5, along with a copy of this order.

**IT IS SO ORDERED.**

Dated: 11/5/07



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

John Cameron Adkisson jca@fr.com, mla@fr.com

Juanita R. Brooks brooks@fr.com, njohnson@fr.com

Ann N. Cathcart Chaplin cathcartchaplin@fr.com, lindstedt@fr.com

Robert Reeves Cross rcross@sideman.com, jcuago@sideman.com, ldinglasan@sideman.com, mthomas@sideman.com

Michael L. Gannon mgannon@mmm.com

Michelle Lee Landry mlandry@kanbar.com

Joel D. Leviton leviton@fr.com, lindner@fr.com

David James Miclean miclean@fr.com, arceo@fr.com

Kevin H. Rhodes krhodes@mmm.com

Constance Jiun-Yee Yu cyu@sideman.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  11/5/2007

                                          /s/ KRO
                                    Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California