1

2                                                                    * E-filed 11/5/07 *

3

4

5

6

7                                           NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          SAN JOSE DIVISION

11

12   3M COMPANY,                                    Case No. CV 06-01225 JW (HRL)

              Plaintiff,
13                                                  **ORDER GRANTING DEFENDANTS'**
                                                    **ADMINISTRATIVE MOTION TO FILE**
         v.                                         **DOCUMENTS UNDER SEAL**
14
15   MAURICE KANBAR, MK ENTERPRISES,
     INC., ROLLIT, LLC, AND REX PRODUCTS,
     INC.,
16
              Defendants.                           Re: Docket Nos. 336, 344
17
     _____/
18

19

20        On September 18, 2007, Defendants filed an administrative motion to file certain

21   documents under seal.  The basis for the motion was Plaintiff's designation of those documents

22   as confidential.  As required under Civil Local Rule 79-5, Plaintiff then filed a declaration

23   explaining why the designated documents should not be made part of the public record.

24

25        Having considered the motion and the Declaration of Michael L. Gannon in response,

26   the following documents are ordered to be filed under seal:

27   •     Exhibits C, D, E, G, H, and I to the Declaration of Michelle L. Landry (Docket No. 339)

28         in Support of Defendants' Reply for its Motion to Compel Further Responses.

United States District Court
For the Northern District of California

1   •     The unredacted version of (Docket No. 334) Defendants' Reply Brief for its Motion to

2          Compel Further Responses.

3

4          **IT IS SO ORDERED.**

5

6   Dated: 11/5/07



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

John Cameron Adkisson jca@fr.com, mla@fr.com

Juanita R. Brooks brooks@fr.com, njohnson@fr.com

Ann N. Cathcart Chaplin cathcartchaplin@fr.com, lindstedt@fr.com

Robert Reeves Cross rcross@sideman.com, jcuago@sideman.com, ldinglasan@sideman.com, mthomas@sideman.com

Michael L. Gannon mgannon@mmm.com

Michelle Lee Landry mlandry@kanbar.com

Joel D. Leviton leviton@fr.com, lindner@fr.com

David James Miclean miclean@fr.com, arceo@fr.com

Kevin H. Rhodes krhodes@mmm.com

Constance Jiun-Yee Yu cyu@sideman.com


* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  11/5/2007

                /s/ KRO
        Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California