**\*E-FILED 12/19/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROLLIT, LLC, et al.,<br><br>    Defendant.<br>_____/ | No. C 06-01225 JW (HRL)<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **March 28, 2008 at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

1. **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

2. The parties shall lodge with the Court updated confidential settlement conference statements no later than **March 21, 2008**.

///

///

3. The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 12/19/07

_____
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

John Cameron Adkisson     jca@fr.com, mla@fr.com

Juanita R. Brooks     brooks@fr.com, njohnson@fr.com

Ann N. Cathcart Chaplin     cathcartchaplin@fr.com, lindstedt@fr.com

Robert Reeves Cross     rcross@sideman.com, jcuago@sideman.com, ldinglasan@sideman.com, mthomas@sideman.com

Michael L. Gannon     mgannon@mmm.com

Michelle Lee Landry     mlandry@kanbar.com

Joel D. Leviton     leviton@fr.com, lindner@fr.com

David James Miclean     miclean@fr.com, arceo@fr.com

Kevin H. Rhodes     krhodes@mmm.com

Constance Jiun-Yee Yu     cyu@sideman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 12/19/07

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*