IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 3M Company, | NO. C 06-01225 JW |
| Plaintiff, | **NOTICE OF INTENT TO APPOINT A SPECIAL MASTER** |
| v. | |
| Rollit, LLC, et al., | |
| Defendants. | |

The Court conducted a hearing of Defendants' Motion for Summary Judgment on March 10, 2008. Counsel for the respective parties were present.

The Court suggested the appointment of a Special Master to assist in determining the undisputed facts in this lawsuit. The parties were agreeable. Thus, due to the parties' consent, the complexity of the factual issues involved in this case, and the cost savings to the parties which will result from a more focused management of this pre-trial matter, the Court concludes that the appointment of a Special Master would be beneficial to all. Pursuant to Fed. R. Civ. P. 53, the Court notifies the parties of its intent to appoint a Special Master.

**A.** **Scope of the Special Master's Appointment**

The Special Master shall have the power to interview or conduct hearings for the collection of evidence from the parties, any designated expert witnesses and third parties, and to make a report and recommendation with respect to the following issues:

(1) What are the undisputed facts regarding the date, participants, and substance of any communications which took place between Plaintiff and Moore Wallace Company as to sales by Moore Wallace of paper with respect to a trademark of Plaintiff. What, if anything, was communicated to Defendants with respect to these matters when it purchased papers from Moore Wallace in 2005-2006. Among other matters deemed appropriate by the Special Master to fulfill the purpose of the appointment, the Special Master's recommendation shall specifically address the undisputed facts, insofar as can be determined with respect to:

    (a) the source, color and manufacturer (including the manufacturer's designation of the color) of any paper as to which Moore Wallace sought approval to sell from Plaintiff in 2003;

    (b) the source, color and manufacturer (including the manufacturer's designation of the color) of any paper which Defendants purchased from Moore Wallace in 2005-2006;

    (c) the differences, if any, between the color of the paper Plaintiff approved in 2003 and the color of the paper Defendants bought in 2005-2006;

(2) What is the range of colors being sold by Moore Wallace or any manufacturer coming to the attention of the Special Master that Plaintiff claims are confusingly similar to its mark.

(3) With respect to any fact which is disputed, the Special Master shall make a recommendation if the Special Master determines that the dispute is not genuine.

Each finding or recommendation of the Special Master shall be supported by reference to the document or testimony upon which it is based. Where available, the report and recommendation shall include exemplars of the paper which is the subject of the finding.

## B. Fees and Costs of Special Master

Unless the Court receives a recommendation from the Special Master for some other apportionment, each party shall bear the cost of the Special Master on a per side basis, payable in advance. The Special Master shall report to the Court on a periodic basis regarding the state of his fees and expenses. Unless otherwise ordered, the Special Master shall, in his report, advise the Court, without specifically identifying parties, as to whether the parties are current in their payment of his fees and expenses.

## C. Nomination of Special Master

The Court nominates Mr. George C. Fisher.[1] The parties shall file any objections to Mr. Fisher being named as Special Master on or before **March 18, 2008**. In their objections, the parties shall provide alternate nominations.

If no objection is filed and Mr. Fisher accepts his appointment, Mr. Fisher shall file an affidavit as required by Fed. R. Civ. 53(b)(3). The Court's appointment of the Special Master shall become effective on **March 19, 2008**.

Once appointed, the Special Master shall file his report and recommendation on or before **April 25, 2008.**

Dated: March 13, 2008

JAMES WARE
United States District Judge

---

[1] Mr. Fisher may be contacted at (650) 424 0821; georgecfisher@gmail.com; http://www.gfisherlaw.com

3

| | |
|---|---|
| 1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:** |
| 2 | Ann N. Cathcart Chaplin cathcartchaplin@fr.com |
|   | Constance Jiun-Yee Yu cyu@sideman.com |
| 3 | David James Miclean miclean@fr.com |
|   | Joel D. Leviton leviton@fr.com |
| 4 | John Cameron Adkisson jca@fr.com |
|   | Juanita R. Brooks brooks@fr.com |
| 5 | Kevin H. Rhodes krhodes@mmm.com |
|   | Michael L. Gannon mgannon@mmm.com |
| 6 | Michelle Lee Landry mlandry@kanbar.com |
|   | Robert Reeves Cross rcross@sideman.com |

**Dated: March 13, 2008**          **Richard W. Wieking, Clerk**

                               **By:   /s/ JW Chambers**
                                    **Elizabeth Garcia**
                                    **Courtroom Deputy**