| | |
|---|---|
| David J. Miclean (#115098)<br>E-Mail: *miclean@fr.com*<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>Kevin H. Rhodes, Of Counsel (*Pro Hac Vice*)<br>Michael L. Gannon, Of Counsel (*Pro Hac Vice*)<br>3M Innovative Properties Company<br>Office of Intellectual Property Counsel<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br>Telephone: (651) 733-1500<br>Facsimile: (651) 736-3833<br><br>Attorneys for Plaintiff<br>3M COMPANY | Ann N. Cathcart Chaplin (*Pro Hac Vice*)<br>Joel D. Leviton (*Pro Hac Vice*)<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) ———<br>Facsimile: (612) ———<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>Michelle L. Landry (190080)<br>E-Mail: *mlandry@kanbar.com*<br>2100 Jackson Street<br>San Francisco, California 94115<br>Telephone: (415) 931-9292<br>Facsimile: (415) 931-9911<br><br>Attorney for Defendants<br>ROLLIT, LLC, REX PRODUCTS INC.,<br>MK ENTERPRISES, INC., and<br>MAURICE KANBAR |

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>    Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING FINAL PRETRIAL CONFERENCE DATE AND EXTENDING DEADLINES TO FILE PRE-TRIAL CONFERENCE STATEMENT AND IN LIMINE MOTIONS AND EXTENDING TIME FOR SPECIAL MASTER TO RETURN FINDINGS**<br><br>Pre-Trial Conference: May 19, 2008<br>Trial Date: June 10, 2008<br>Judge: Hon. James Ware<br><br>Date Action Filed: February 17, 2006 |

1   WHEREAS, by the terms of the Court's December 20, 2007 Preliminary Pretrial Conference Scheduling Order (Bench Trial), the parties were ordered to file a Joint Pretrial Statement and any *In limine* motions by April 19, 2008 [sic][1] with the Final Pretrial Conference to be held at 3 p.m. on May 19, 2008; and

WHEREAS, following Defendants' Motion For Summary Adjudication, the Court ordered the appointment of a Special Master in order to resolve outstanding issues and the Special Master is required to return findings to the Court on or before April 25, 2008; and

WHEREAS, the parties held a conference call with Mr. Fisher on April 1, 2008, and during that call Mr. Fisher indicated that he needs at least an additional week to return his findings, because among other things, Mr. Fisher has a conflict on April 9 and 10 and is set to begin an arbitration on April 14 that will last approximately 6 days.  Mr. Fisher has tentatively scheduled April 23, 24 and 25 as dates to travel to Wisconsin to interview the parties' respective paper mills and to review documents and paper samples kept on site; and

WHEREAS, the parties believe that the Special Master's findings will have an impact on pretrial submission, including witnesses to be called and evidence to be offered at trial; and

WHEREAS, counsel for Defendants, Michelle Landry, is scheduled to start a jury trial in the United States District Court, Northern District of California, San Francisco Division, on April 21, 2008 with Jury selection to begin April 15, 2008 and trial submissions due in that case April 9, 2008; and

WHEREAS, the parties anticipate needing additional time to file their Joint Pretrial Conference Statement and *In limine* motions in light of the current posture of the case; and

WHEREAS, Plaintiff and Defendants, by and through their attorneys, agree that the deadline to file their Joint Pretrial Conference Statement and *In limine* motions should be extended until one week after the Special Master returns his findings; and

/ / /

/ / /

---

[1] April 19, 2008 is a Saturday and therefore the current schedule requires submission by Friday, April 18, 2008.

WHEREAS, Plaintiff and Defendants, by and through their attorneys, as well as the Special Master, Mr. Fisher, agree that the deadline for Mr. Fisher to return findings should be extended by at least one week.

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Defendants that:

1. The Final Pretrial Conference is unchanged from the original schedule. The parties shall appear for the conference on **May 19, 2008 at 10 a.m.** (time change).
2. The deadline for the Special Master to return his findings shall be EXTENDED from **April 25, 2008** until **May 2, 2008**;
3. That the Joint Pretrial Conference Statement and *In limine* motions shall be FILED ON OR BEFORE **April 30, 2008.**
4. Any opposition to any *In limine* motions shall be FILED IN WRITING AND SERVED on or before **May 9, 2008.**

**STIPULATED AND AGREED TO BY:**

DATED: April 2, 2008          FISH & RICHARDSON P.C.


By: /s/
JOHN ADKISSON
Attorneys for Plaintiff
3M COMPANY

///
///
///
///
///
///
///

DATED: April 2, 2008

By: _____
MICHELLE L. LANDRY
Attorney for Defendants
MAURICE KANBAR, MK ENTERPRISES INC.,
ROLLIT, LLC, and REX PRODUCTS INC.,

**PURSUANT TO STIPULATION, IT IS SO ORDERED: AS MODIFIED.**

DATED: April 10, 2008

_____
JAMES WARE
United States District Judge