| | |
|---|---|
| Juanita R. Brooks (*Pro Hac Vice*)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>David J. Miclean (#115098)<br>miclean@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>John C. Adkisson (*Pro Hac Vice*)<br>adkisson@fr.com<br>Ann N. Cathcart Chaplin (*Pro Hac Vice*)<br>cathcartchaplin@fr.com<br>Joel D. Leviton (*Pro Hac Vice*)<br>leviton@fr.com<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Attorneys for Plaintiff<br>3M COMPANY | Kevin H. Rhodes (*Pro Hac Vice*)<br>krhodes@mmm.com<br>Michael L. Gannon (*Pro Hac Vice*)<br>mgannon@mmm.com<br>3M Innovative Properties Company<br>Office of Intellectual Property Counsel<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br>Telephone: (651) 733-1500<br>Facsimile: (651) 736-3833<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>MICHELLE L. LANDRY (SBN# 190080)<br>mlandry@kanbar.com<br>M.K. ENTERPRISES, INC.<br>2100 Jackson Street<br>San Francisco, CA 94115<br>Telephone: (415) 931-9292<br>Facsimile: (415) 931-9911<br><br>Attorneys for Defendants<br>MAURICE KANBAR, MK ENTERPRISES,<br>INC., ROLLIT, LLC, and REX PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>        Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL** |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that the Joint Pre-Trial Conference Statement should be filed under seal.

The parties respectfully request permission to file these documents under seal because they contain information that has been designated confidential by Defendants.  The parties also request that these documents be impounded until the final resolution of this litigation, at which time they will be retrieved by Plaintiff.

WHEREFORE, it is respectfully requested that the Court grant this joint motion to file the above-described document under seal.

Dated:  April 30, 2008        FISH & RICHARDSON P.C.


                              By:  s/Joel D. Leviton
                                   Joel D. Leviton

                              Attorney for Plaintiff
                              3M COMPANY

Dated:  April 30, 2008        M.K. ENTERPRISES, INC.


                              By:  s/Michelle L. Landry
                                   Michelle L. Landry

                              Attorney for Defendants
                              ROLLIT, LLC; REX PRODUCTS, INC.;
                              MK ENTERPRISES, INC.; and
                              MAURICE KANBAR


**PURSUANT TO STIPULATION, IT IS SO ORDERED**
This unredacted version of the parties' Joint Pretrial Statement is GRANTED to be filed under seal.  This order also terminates the parties Joint Motion to file Joint Pretrial Statement under seal, Docket Item 520.

Date: May 1, 2008                          /s/ James Ware
                                           Honorable James Ware
                                           United States District Judge

60498317.doc