
Juanita R. Brooks (*Pro Hac Vice*)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David J. Miclean (#115098)
miclean@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

John C. Adkisson (*Pro Hac Vice*)
adkisson@fr.com
Ann N. Cathcart Chaplin (*Pro Hac Vice*)
cathcartchaplin@fr.com
Joel D. Leviton (*Pro Hac Vice*)
leviton@fr.com
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Plaintiff
3M COMPANY

Kevin H. Rhodes (*Pro Hac Vice*)
krhodes@mmm.com
Michael L. Gannon (*Pro Hac Vice*)
mgannon@mmm.com
3M Innovative Properties Company
Office of Intellectual Property Counsel
3M Center
P.O. Box 33427
St. Paul, MN 55133-3427
Telephone: (651) 733-1500
Facsimile: (651) 736-3833

Attorneys for Plaintiff
3M COMPANY

MICHELLE L. LANDRY (SBN# 190080)
mlandry@kanbar.com
M.K. ENTERPRISES, INC.
2100 Jackson Street
San Francisco, CA 94115
Telephone: (415) 931-9292
Facsimile: (415) 931-9911

Attorneys for Defendants
MAURICE KANBAR, MK ENTERPRISES,
INC., ROLLIT, LLC, and REX PRODUCTS, INC.

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS AND COUNTERCLAIMS AND WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES** |

1   Plaintiff, 3M Company, and Defendants, Maurice Kanbar, MK Enterprises Inc., Rollit,
2   LLC, and Rex Products Inc., by and through their attorneys of record, stipulate as follows:
3   3M Company hereby dismisses, without prejudice, Count V of its Complaint for Untrue
4   and Misleading Advertising in Violation of Cal. Bus. & Prof. Code §§ 17500 and 17535.
5   Defendants hereby dismiss, without prejudice, their counterclaim for cancellation of 3M
6   Company's POST-IT trademark on the grounds that it is generic.
7   Defendants hereby withdraw their affirmative defense that 3M Company's POST-IT
8   trademark is generic. Defendants hereby further withdraw their affirmative defense of laches.
9   Each party shall bear its respective costs, expenses, disbursements, attorneys fees, and all
10  other expenses related to the foregoing claim, counterclaim, and defenses.

11  Dated: May 12, 2008                FISH & RICHARDSON P.C.

                                       By: _____
                                           John C. Adkisson

                                       Attorney for Plaintiff
                                       3M COMPANY

17  Dated: May 2, 2008                 M.K. ENTERPRISES, INC.

                                       By: _____
                                           Michelle L. Landry

                                       Attorney for Defendants
                                       ROLLIT, LLC; REX PRODUCTS, INC.;
                                       MK ENTERPRISES, INC.; and
                                       MAURICE KANBAR

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____May 14, 2008_____          _____
                                       Honorable James Ware