| | |
|---|---|
| Juanita R. Brooks (*Pro Hac Vice*)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>David J. Miclean (#115098)<br>miclean@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>John C. Adkisson (*Pro Hac Vice*)<br>adkisson@fr.com<br>Ann N. Cathcart Chaplin (*Pro Hac Vice*)<br>cathcartchaplin@fr.com<br>Joel D. Leviton (*Pro Hac Vice*)<br>leviton@fr.com<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696<br><br>Attorneys for Plaintiff<br>3M COMPANY | Kevin H. Rhodes (*Pro Hac Vice*)<br>krhodes@mmm.com<br>Michael L. Gannon (*Pro Hac Vice*)<br>mgannon@mmm.com<br>3M Innovative Properties Company<br>Office of Intellectual Property Counsel<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br>Telephone:  (651) 733-1500<br>Facsimile:  (651) 736-3833<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>MICHELLE L. LANDRY (SBN# 190080)<br>mlandry@kanbar.com<br>M.K. ENTERPRISES, INC.<br>2100 Jackson Street<br>San Francisco, CA  94115<br>Telephone:  (415) 931-9292<br>Facsimile: (415) 931-9911<br><br>Attorneys for Defendants<br>MAURICE KANBAR, MK ENTERPRISES,<br>INC., ROLLIT, LLC, and REX PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>        Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that the following exhibits to the Declaration of Ann N. Cathcart Chaplin in Support of 3M's Objections to Rollit, LLC's Trial Exhibits and Witnesses and Memorandum in Support shall be filed under seal:  1100, 1101, 1104, 1107, 1109, 1111, 1115, 1117, 1118, 1120, 1121, 1122, 1123, 1125, 1126, 1127, 1129, 1130, 1131, 1134, 1137, 1139, 1142, 1143, 1145, 1146, 1147, 1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156, 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165, 1166, 1170, 1171, 1172, 1173, 1177, 1178, 1179, 1180, 1182, 1183, 1184, 1185, 1186, 1190, 1191, 1195, 1197, 1200, 1201, 1202, 1210, 1220, 1221, 1224, 1230, 1231, 1232, 1246, 1247, 1248, 1249, 1252, 1253, 1266, 1274, 1275, 1276, 1277, 1278, 1281, 1287, 1289, 1292, 1295, 1302, 1305, 1306, 1307, 1309, 1311, 1318, 1319, 1324, 1329, 1330, 1331, 1336, 1337, 1338, 1339, 1340, 1341, 1343, 1344, 1347, 1350, 1351, 1352, 1353, 1354, 1355, 1363, 1365, 1366, 1367, 1368, 1369, 1370, 1372, 1373, 1374, 1377, 1378, 1379, 1380, 1391, 1397, and 1399.

The parties further stipulate and agree to the sealing of the unredacted version of 3M's Objections to Rollit, LLC's Trial Exhibits and Witnesses and Memorandum in Support.

The parties respectfully request permission to file these documents under seal because they contain information 3M, Defendants, or a third party have designated CONFIDENTIAL or CONFIDENTIAL—COUNSEL ONLY under the Protective Order.

| | |
|---|---|
| Dated:  May 23, 2008 | Dated:  May 23, 2008 |
| FISH & RICHARDSON P.C. | M.K. ENTERPRISES, INC. |
| By:  s/Joel D. Leviton<br>      Joel D. Leviton | By:  s/Michelle L. Landry<br>      Michelle L. Landry |
| Attorney for Plaintiff | Attorney for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This order also terminates Docket Item No. 563.

Date: May 27, 2008

_/s/ James Ware_
Honorable James Ware
United States District Judge