| | |
|---|---|
| Juanita R. Brooks (*Pro Hac Vice*)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>David J. Miclean (#115098)<br>miclean@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>John C. Adkisson (*Pro Hac Vice*)<br>adkisson@fr.com<br>Ann N. Cathcart Chaplin (*Pro Hac Vice*)<br>cathcartchaplin@fr.com<br>Joel D. Leviton (*Pro Hac Vice*)<br>leviton@fr.com<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Attorneys for Plaintiff<br>3M COMPANY | Kevin H. Rhodes (*Pro Hac Vice*)<br>krhodes@mmm.com<br>Michael L. Gannon (*Pro Hac Vice*)<br>mgannon@mmm.com<br>3M Innovative Properties Company<br>Office of Intellectual Property Counsel<br>3M Center<br>P.O. Box 33427<br>St. Paul, MN 55133-3427<br>Telephone: (651) 733-1500<br>Facsimile: (651) 736-3833<br><br>Attorneys for Plaintiff<br>3M COMPANY<br><br>MICHELLE L. LANDRY (SBN# 190080)<br>mlandry@kanbar.com<br>M.K. ENTERPRISES, INC.<br>2100 Jackson Street<br>San Francisco, CA 94115<br>Telephone: (415) 931-9292<br>Facsimile: (415) 931-9911<br><br>Attorneys for Defendants<br>MAURICE KANBAR, MK ENTERPRISES,<br>INC., ROLLIT, LLC, and REX PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE KANBAR, MK ENTERPRISES INC., ROLLIT, LLC, AND REX PRODUCTS INC.,<br><br>    Defendants. | Case No. C 06-01225 JW (HRL)<br><br>**JOINT STIPULATION AND** --------------------<br>**ORDER TO FILE DOCUMENTS UNDER SEAL** |

1     IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that Exhibit 1 to the Declaration of Ann N. Cathcart Chaplin in Support of 3M Company's Response to Defendants' Memorandum of Objections to Plaintiff's Proposed Evidence shall be filed under seal.

    The parties further stipulate and agree to the sealing of the unredacted version of 3M Company's Response to Defendants' Memorandum of Objections to Plaintiff's Proposed Evidence.

    The parties respectfully request permission to file these documents under seal because they contain information 3M, Defendants, or a third party have designated CONFIDENTIAL or CONFIDENTIAL—COUNSEL ONLY under the Protective Order.

| | |
|---|---|
| Dated: May 28, 2008 | Dated: May 28, 2008 |
| FISH & RICHARDSON P.C. | M.K. ENTERPRISES, INC. |
| By: s/Joel D. Leviton<br>Joel D. Leviton | By: s/Michelle L. Landry<br>Michelle L. Landry |
| Attorney for Plaintiff | Attorney for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**
This Order also terminates Docket Items 578 and 579.
Date: May 30, 2008

_____
Honorable James Ware
United States District Judge