1

2

3

4

5

6

**United States District Court**
For the Northern District of California

7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                 SAN JOSE DIVISION

10   3M Company,                          NO. C 06-01225 JW

11              Plaintiff,          **ORDER RE: THE PARTIES'**
                                    **EVIDENTIARY OBJECTIONS AND**
12      v.                          **MOTIONS IN LIMINE**

     Rollit, LLC, et al.,

13

14              Defendants.
     _____/

15          The Court is in receipt of the parties' evidentiary objections and motions in limine.  In light

16   of the voluminous nature of the filings, the parties shall comply with the following:

17      (1)      Each party shall file a Proposed Order detailing a list of each of the their evidentiary

18              motions.  The Proposed Order shall enumerate each motion in bold.  Following the

19              designation of the number of the motion, the Proposed Order shall state the title

20              caption of the motion in bold, e.g., "**Plaintiff's Motion to Preclude the Testimony**

21              **of** . . . ."  Following the caption phrase, the Proposed Order shall state a concise, no

22              more than two sentence, description of why the motion should be granted.  With

23              respect to each enumerated motion, the Proposed Order shall conclude with a final

24              sentence, "This evidentiary motion number _____ is _____."[1]

25

26

27

     _____

28          [1] The two blanks spaces will be filled in by the Court with the motion number and the ruling
     on the motion.

(2)     Each party shall file the Proposed Order described above on or before **June 12, 2008 at 3 p.m. PST**.  In addition, each party shall concurrently E-MAIL their Proposed Order in a word processing format (Word or WordPerfect) to the Courtroom Deputy Clerk, Ms. Garcia.[2]

Dated:  June 11, 2008

_____
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

_____

[2]  Ms. Garcia's email address is: elizabeth_garcia@cand.uscourts.gov

2

1

**United States District Court**
*For the Northern District of California*

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann N. Cathcart Chaplin cathcartchaplin@fr.com
Constance Jiun-Yee Yu cyu@sideman.com
David James Miclean miclean@fr.com
Joel D. Leviton leviton@fr.com
John Cameron Adkisson jca@fr.com
Juanita R. Brooks brooks@fr.com
Kevin H. Rhodes krhodes@mmm.com
Michael L. Gannon mgannon@mmm.com
Michelle Lee Landry mlandry@kanbar.com
Robert Nathan Phillips phillipsr@howrey.com
Robert Reeves Cross rcross@sideman.com

**Dated:  June 11, 2008**                                    **Richard W. Wieking, Clerk**

                                                             **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**