MICHELLE L. LANDRY (SBN 190080)
MK ENTERPRISES, INC.
2100 Jackson Street
San Francisco, CA 94115
Telephone: (415) 931-9292; Facsimile: (415) 931-9911
Email: mlandry@kanbar.com

Attorney for Defendants
ROLLIT, LLC, REX PRODUCTS, INC.,
MK ENTERPRISES, INC., MAURICE KANBAR

**GRANTED** /s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| 3M COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROLLIT, LLC, REX PRODUCTS, INC., MK ENTERPRISES, INC., and MAURICE KANBAR,<br><br>Defendants. | CIVIL ACTION NO. C 06-01225 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**<br>[Local Rule 79-5 (d)]<br><br>Date:     June 13, 2008<br>Time:     9:00 a.m.<br>Dept.:     8, 4th Floor<br>Judge:    The Honorable James Ware<br><br>Action Filed:   February 17, 2006<br>Trial Date:     June 17, 2008 |

Having considered the Administrate Request of Defendants To File Its Response To 3M's Objections To Evidence [Unredacted Version] under seal, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. Defendants' Response [Unredacted] shall be sealed.

DATED: June 19, 2008

_____
The Honorable James Ware
United States District Judge