1  MICHELLE L. LANDRY (SBN 190080)
   *MK ENTERPRISES, INC.*
2  2100 Jackson Street
   San Francisco, CA 94115
3  Telephone: (415) 931-9292; Facsimile: (415) 931-9911
   Email: mlandry@kanbar.com
4
   Attorney for Defendants
5  ROLLIT, LLC, REX PRODUCTS, INC.,
   MK ENTERPRISES, INC., MAURICE KANBAR
6

7                       UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                            (SAN JOSE DIVISION)

10

11 | 3M COMPANY,                              | CIVIL ACTION NO. C 06-01225 JW
12 |                   Plaintiff,             | [PROPOSED] ORDER GRANTING
   |                                          | DEFENDANT'S ADMINISTRATIVE
13 |  v.                                      | REQUEST TO FILE DOCUMENTS
   |                                          | UNDER SEAL
14 | ROLLIT, LLC, REX PRODUCTS, INC., MK      | [Local Rule 79-5 (d)]
   | ENTERPRISES, INC., and MAURICE           |
15 | KANBAR,                                  | Date:    June 13, 2008
   |                                          | Time:    9:00 a.m.
16 |                   Defendants.            | Dept.:   8, 4th Floor
   |                                          | Judge:   The Honorable James Ware
17 |                                          |
   |                                          | Action Filed: February 17, 2006
18 |                                          | Trial Date:   June 17, 2008

-1-
[PROPOSED] ORDER ON DEFENDANT'S ADMINISTRATIVE REQUEST
(Case No. C 06-01225 JW)

Having considered the Administrate Request of Defendants To File Its Reply Memorandum In Support of Motion to Exclude Evidence, set for hearing June 13, 2008, under seal, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;
2. Defendants' Reply [Unredacted] shall be sealed

DATED: June 19, 2008

*/s/ James Ware*

The Honorable James Ware
United States District Judge